3

Tom Day BIGGERS v. STATE. (No. 10646.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court, San Augustine County; V. H. Stark, Judge.

W. T. Davis, of San Augustine, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is the unlawful sale of intoxicating liquors; punishment fixed at confinement in the penitentiary for a period of one year. The record is before us without statement of facts or bills of exceptions. The indictment properly charges the offense, and the proceedings appear to have been regular. No fundamental error has been discovered or pointed out. The judgment is affirmed.